# Order

**Michigan Supreme Court**
**Lansing, Michigan**

May 25, 2010

Marilyn Kelly,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway,
Justices

140326

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

DWAYNE ANTHONY JOHNSON,
      Defendant-Appellant.

SC: 140326
COA: 294152
Berrien CC: 1993-003414-FH

_____/

      On order of the Court, the application for leave to appeal the December 9, 2009 order of the Court of Appeals is considered, and it is DENIED, because the defendant's motion for relief from judgment is prohibited by MCR 6.502(G).



      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

May 25, 2010

d0517

_____
Clerk